## Devlin's Case (No. 2).

PER CURIAM, April 19, 1909:

This case is substantially like the preceding case, excepting that it relates to the account of the appellant for the succeeding year. For the reason there given the appeal is quashed.